AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| SANITARY BOARD OF THE<br>CITY OF CHARLESTON, WEST VIRGINIA<br><br>*Plaintiff(s)*<br>v.<br>GINA MCCARTHY, in her official capacity as the Administrator of the United States Environmental Protection Agency; and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:16-cv-03060 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ms. Gina McCarthy, Administrator
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Mail Code: 1101A
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Paul Calamita
AQUALAW PLC
6 S. 5th Street
Richmond, Virginia 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  04/01/2016                         s/Teresa L. Deppner
                                          Signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-03060

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Adminstrator Gina McCarthy, U.S. EPA

was received by me on *(date)*  April 1, 2016

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Service made by certified mail this day, per Fed. R. Civ. P. 4(i)(2)

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date: 4/1/2016

*Server's signature*

Paul Calamita, AquaLaw PLC
*Printed name and title*

6 S. 5th St.
Richmond, VA 23219
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| SANITARY BOARD OF THE<br>CITY OF CHARLESTON, WEST VIRGINIA<br><br>*Plaintiff(s)*<br>v.<br>GINA MCCARTHY, in her official capacity as the Administrator of the United States Environmental Protection Agency; and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:16-cv-03060 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Attorney General of the United States
c/o Assistant Attorney General for Administration
U.S. Department of Justice
Justice Management Division
950 Pennsylvania Avenue, NW
Room 1111
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Paul Calamita
AQUALAW PLC
6 S. 5th Street
Richmond, Virginia 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/01/2016   s/Teresa L. Deppner
                   *Signature*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-03060

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Attorney General of the United States

was received by me on *(date)*    April 1, 2016

☐ I personally served the summons on the individual at *(place)*
     on *(date)*      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*      , who is
designated by law to accept service of process on behalf of *(name of organization)*
     on *(date)*      ; or

☐ I returned the summons unexecuted because      ; or

☒ Other *(specify):*    Service made by certified mail this day, per Fed. R. Civ. P. 4(i)(1)(B)

My fees are $    for travel and $    for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: April 1, 2016

*Server's signature*

Paul Calamita, AquaLaw PLC
*Printed name and title*

6 S. 5th Street
Richmond, VA 23219
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | | |
|---|---|---|
| SANITARY BOARD OF THE CITY OF CHARLESTON, WEST VIRGINIA<br><br>*Plaintiff(s)*<br>v.<br><br>GINA MCCARTHY, in her official capacity as the Administrator of the United States Environmental Protection Agency; and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:16-cv-03060 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Civil-Process Clerk
United States Attorney's Office
Southern District of West Virginia
Suite 4000
300 Virginia Street
Charleston, WV 25301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Paul Calamita
AQUALAW PLC
6 S. 5th Street
Richmond, Virginia 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 04/01/2016        s/Teresa L. Deppner
                        *Signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-03060

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney for the S.D.W.V.
was received by me on *(date)* April 1, 2016 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
Service made by certified mail this day, per Fed. R. Civ. P. 4(i)(1)(A)(ii)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 1, 2106

*Server's signature*

Paul Calamita, AquaLaw PLC
*Printed name and title*

6 S. 5th Street
Richmond, VA 23219
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON, DC 20530

| | |
|---|---|
| Postage | $3.45 / $2.80 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $1.86 |

Postmark Here: 04/01/2016

7011 1570 0002 1569 0245

Sent To:
Attorney General of the United States
c/o Assistant Attorney General for Administration
U.S. Department of Justice
Justice Management Division
950 Pennsylvania Ave., NW
Room 1111
Washington, DC 20530

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON, DC 20460

| | |
|---|---|
| Postage | $3.45 / $2.80 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $8.11 |

Postmark Here: 04/01/2016

7011 1570 0002 1569 0238

Sent To:
Ms. Gina McCarthy, Administrator
United States Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Mail Code: 1101A
Washington, DC 20460

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CHARLESTON, WV 25301

| | |
|---|---|
| Postage | $3.45 / $2.80 |
| Certified Fee | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $8.11 |

Postmark Here: 04/01/2016

7011 1570 0002 1569 0221

Sent To:
Civil-Process Clerk
United States Attorney's Office
Southern District of West Virginia
Suite 4000
300 Virginia Street
Charleston, WV 25301