**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

SANITARY BOARD OF THE
CITY OF CHARLESTON, WEST VIRGINIA,

      Plaintiff,

      v.                                     Civil Action No. 2:16-cv-03060

SCOTT PRUITT, in his official capacity as the
Administrator of the United States Environmental
Protection Agency; and
UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

      Defendants.

**MOTION FOR
ENTRY OF BRIEFING SCHEDULE**

Undersigned counsel for Plaintiff Sanitary Board of the City of Charleston, West Virginia represents that the parties have an engaged in a lengthy and good faith effort to reach an agreed resolution of this matter that would avoid further litigation. Unfortunately, an agreement has not been reached and does not appear likely. Accordingly, Plaintiff respectfully moves for entry of an order implementing the proposed briefing schedule outlined below.

1.     Plaintiff's Motion for Summary Judgment and Supporting Memorandum shall be filed no later than 45 days after the date of the Court's order.

2.     Defendants' Motion for Summary Judgment and combined Supporting Memorandum and Response will be filed no later than 45 days thereafter.

3.     Plaintiff's combined Response and Reply will be filed no later than 21 days thereafter.

4.     Defendants' Reply will be filed no later than 21 days thereafter.

Respectfully submitted,

<u>/s/ F. Paul Calamita</u>
F. Paul Calamita (WV Bar No. 8789)
AQUALAW PLC
6 S. 5th Street
Richmond, Virginia 23219
paul@aqualaw.com
(804) 716-9021 (phone)
(804) 716-9022 (fax)

Dated: August 10, 2017

# CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Chloe H. Kolman
U.S. Department of Justice
Environmental Defense Section
Suite 800
601 D Street, NW
Washington, DC 20004

Sarah A. Buckley
U. S. Department of Justice
P.O. Box 7611
Washington, DC 20044

Gary L. Call
U.S. Attorney's Office
P.O. Box 1713
Charleston, WV 25326-1713

                                                        /s/ F. Paul Calamita
                                                        F. Paul Calamita

Dated: August 10, 2017