FILED: January 22, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1592
(2:16-cv-03060)

_____

SANITARY BOARD OF THE CITY OF CHARLESTON, WEST VIRGINIA

      Plaintiff - Appellant

v.

ANDREW WHEELER, Acting Administrator of the United States Environmental Protection Agency; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

      Defendants - Appellees

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to submit case on the briefs or, alternatively, to stay oral argument because of the lapse in appropriations, the court denies the motion.

                For the Court

                /s/ Patricia S. Connor, Clerk